Case 1:17-cv-00283-WS-M  Document 1  Filed 06/20/17  Page 1 of 4

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED IN CLERK'S OFFICE
JUN 20 2017
CHARLES R. DIARD, JR.
CLERK

APPENDIX A
COMPLAINT FORMAT

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
## _____ DIVISION

(Name of Plaintiff)
Plaintiff  Roger Lynn Meadows
vs.

Civil Action No. 1:17-CV-283-WS-M

(Name of Defendant(s))
Defendant Seafarers S.I.U. 97
Manufacturing Industrial Shipping Corp.

## COMPLAINT
(Double space text of complaint)

(Grounds for jurisdiction) Overseas Alaska employed by Seafarers Maritime Overseas Co.

1. Being told to remove Asbestos from the Ship

2. Roger Lynn Meadows
   5105 Geoffrey Drive Mobile, Ala. 36693

(Show plaintiff's name(s) and residence or address)

3.

(Show defendant(s) name(s) and address(es)) Seafarers International Union the S.I.U.
1640 Dauphin Island Parkway, Mobile, Alabama 36605

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

4.

(State briefly your legal claim or your reason for filing suit.   Include the statue under which the suit is filed.)

C- enclosed letters

5.

(Give a brief, concise statement of the specific facts involved in your case)

C- enclosed letters

6.

(State the relief you are requesting.)   Since the Shipyard was going to charge 378 million dollars for the work. I did the work and should be paid that amount. Plus back pay and Anguist.

Roger Lynn Meadows  6.15.17
(Signature and date), pro se

5105 Geoffrey Drive, Mobile, AL 36693
(Address)

251 643-3379
(Phone Number)

APPENDIX B
CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Roger Lynn Meadows Maritime Law
(Name of pleading)

was mailed/delivered to Allan Kellman at 1570 Penobscot bldg Ste 1570 Detroit MI 48226
(Name of defendant(s) or   (Address)
defendant's attorney)        Call 1.800 492 3849

on June 15, , 20 17 .

Roger Lynn Meadows
(Signature and date), pro se

5105 Geoffrey Drive, Mobile, AL 36693
(Address)

251 643 5379
(Phone Number)

Roger Lynn Meadows
5105 Geoffrey Drive
Mobile, Alabama 36693



U.S. District
113 Saint Joseph Street
Mobile, Alabama 36602