IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER LYNN MEADOWS,             )
                                )
    Plaintiff,                  )
                                )
v.                              )   CIVIL ACTION 17-0283-WS-M
                                )
SEAFARERS INTERNATIONAL UNION,  )
                                )
    Defendant.                  )

## JUDGMENT

In accordance with the Order entered on this date, granting defendant's Motion to Dismiss (doc. 11) on the grounds that plaintiff's Complaint fails to state a plausible claim for relief, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 19th day of October, 2017.

> s/ WILLIAM H. STEELE
> UNITED STATES DISTRICT JUDGE